**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)**

IN RE:

CHRISTOPHER S LEONARD
BONNIE J CASTLE

DEBTORS,

Case No. 23-05619

Chapter 13

Judge Deborah L. Thorne

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FILED ON 09/18/2024 AND ENTERED IN AS DOCKET ENTRY #35.

**TO:**
Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF

Christopher S Leonard and Bonnie J Castle, Debtors, 103 North Elm Street, Mount Prospect, IL 60056

David H Cutler, Attorney for Debtors - 4131 Main St., Skokie, IL 60076 by electronic notice through ECF

Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

Notice is hereby given that Creditor, Deutsche Bank National Trust Company, as trustee for the registered holders of Morgan Stanley Abs Capital I Inc. Trust 2007-NC3 Mortgage Pass-Through Certificates, Series 2007-NC3, ("Creditor"), hereby withdraws its Motion for Relief from the Automatic Stay filed on 09/18/2024, and entered in as Docket entry #35.

/s/ Kerrie S. Mattson-Neal
**Attorney for Creditor**

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee, and Debtors' Attorney via electronic notice on October 10, 2024 and as to the Debtors by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 P.M. on the October 10, 2024.

/s/ Kerrie S. Mattson-Neal
**Attorney for Creditor**

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-23-03264
NOTE: This law firm is a debt collector.