**Fill in this information to identify the case:**

Debtor 1  Christopher S Leonard

Debtor 2  Bonnie J Castle
(Spouse, if filing)

United States Bankruptcy Court for the:  NORTHERN   District of  ILLINOIS
(State)

Case number  23-05619

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | Deutsche Bank National Trust Company, As Trustee For The Registered Holders Of Morgan Stanley Abs Capital I Inc. Trust 2007-Nc3 Mortgage Pass-Through Certificates, Series 2007-NC3 | **Court claim no. (if known)**  14 |
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX2182 | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice:

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 6/7/2023, | (5) | $ 700.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. Other. Specify:  Plan Review | 5/9/2023 | (11) | $ $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Christopher S Leonard | Case number (*if known*) | 23-05619 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Dana  O'Brien                             Date  09/07/2023
   Signature

Print:  Dana                    O'Brien             Title  Authorized Agent
        First Name  Middle Name  Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number    Street
          Roswell           GA          30076
          City              State       ZIP Code

Contact phone   (312) 346-9088 X5188          Email  Dana.OBrien@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No.** 23-05619 |
| Christopher S Leonard ) | **Chapter** 13 |
| Bonnie J Castle ) | |
| ) | **JUDGE:** Deborah L. Thorne |

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $250.00 |
| | 05/09/2023 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 |
| Bankruptcy/Proof of Claim Fees | | | $700.00 |
| | 06/07/2023 | Preparation and Filing of Proof of Claim | $700.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:     **$950.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 23-05619 |
| Christopher S Leonard | Chapter: 13 |
| Bonnie J Castle | Judge: Deborah L. Thorne |

## CERTIFICATE OF SERVICE

I, Dana O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Christopher S Leonard
103 North Elm Street
Mount Prospect, IL 60056

Bonnie J Castle
103 North Elm Street
Mount Prospect, IL 60056

David H Cutler                           *(served via ECF at cutlerfilings@gmail.com)*
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Marilyn O Marshall                       *(served via ECF at courtdocs@chi13.com)*
224 South Michigan Ste 800
Chicago, IL 60604

Patrick S Layng                          *(served via ECF at USTPRegion11.ES.ECF@usdoj.gov)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    09/11/2023         By:    /s/Dana O'Brien
                  (date)                  Dana O'Brien
                                          Authorized Agent for Deutsche Bank National Trust
                                          Company, As Trustee For The Registered Holders Of
                                          Morgan Stanley Abs Capital I Inc. Trust 2007-Nc3
                                          Mortgage Pass-Through Certificates, Series 2007-NC3

**Codilis & Associates, P.C.**

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) █████

Fax No: (630) 794-5143

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | ██████ |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed |
| 2001 Bishops Gate Blvd | | Input By: | Christina Delesio |
| Mount Laurel, NJ 08054 | | Date Submitted: | 5/11/2023 |
| Re: | LEONARD CHRISTOPHER | Invoice Date: | 5/10/2023 |
| | 103N ELM ST | Vendor Ref #: | ██████ |
| | MOUNT PROSPECT, IL | Vendor Code: | CAPC |
| | 60056 2516 | | |
| Loan #: | ██████ | Payee Code: | FCODIL |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | ██████ | Referral Date | 5/2/2023 |
| Cost Center: | | | |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $330,000.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | B | | |
| BK Case No: | ██████ | | |
| BK Chapter: | 13 | | |
| Invoice ID: | ██████ | | |
| Asset Number: | | | |
| Outsourcer: | | | |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/11/2023 | 5/27/2023 | 5/27/2023 | | 5/27/2023 | 5/30/2023 | 6/1/2023 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | | 05/09/2023 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note:** Plan Review. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower
Service From Date: 5/9/2023         Service To Date: 5/9/2023 12:00:00

| | | | | |
|---|---|---|---|---|
| | | $250.00 | $0.00 | $250.00 |

**Total:**   $250.00   $0.00   $250.00

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Allowable not exceeded

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 05/30/2023 | ▮▮▮▮ | 05/31/2023 | $250.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | 630 | BATY | ▮▮▮▮ | 92 | $250.00 |

**Codilis & Associates, P.C.**
15W030 North Frontage Road Suite 100
Burr Ridge, IL 60527
Phone No: (630) ▮▮▮▮▮
Fax No: (630) 794-5143

## Bankruptcy - Bankruptcy Services - INVOICE

| | | |
|---|---|---|
| PHH Mortgage | Invoice #: | ▮▮▮▮▮ |
| Andrea Jenkins | Invoice Status: | ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | Input By: | Christina Delesio |
| Mount Laurel, NJ 08054 | Date Submitted: | 6/8/2023 |
| Re: LEONARD CHRISTOPHER | Invoice Date: | 6/7/2023 |
| 103N ELM ST | Vendor Ref #: | ▮▮▮▮▮ |
| MOUNT PROSPECT, IL 60056 2516 | Vendor Code: | CAPC |
| Loan #: ▮▮▮▮▮ | Payee Code: | FCODIL |
| Loan Type: Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: ▮▮▮▮▮ | Referral Date | 5/2/2023 |
| Cost Center: | | |
| CONV Case No: | Acquisition Date: | |
| GSE Code: O | Paid in Full Date: | N/A |
| GSE REO Rem. Code: | Foreclosure Removal | N/A |
| | HiType | 1 |
| Original Mortgage Amount: $330,000.00 | Class Code | |
| Litigation Status Code: | | |
| Man Code: B | | |
| BK Case No: ▮▮▮▮▮ | | |
| BK Chapter: 13 | | |

Invoice ID: ▮▮▮▮▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 6/8/2023 | 7/15/2023 | 7/15/2023 | | 7/15/2023 | 7/17/2023 | 7/19/2023 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 06/07/2023 | 1 | $700.00 | $700.00 | $0.00 | $700.00 |

Note: Preparation and Filing of Proof of Claim. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower
Service From Date: 6/7/2023     Service To Date: 6/7/2023 12:00:00

| Attorney Fees - Proof of Claim | | 06/07/2023 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

Note: Review and/or Preparation of Loan Payment History as part of the Official Form 410A. - Non-Recoverable Charge, should not be passed on to the borrower
Service From Date: 6/7/2023     Service To Date: 6/7/2023 12:00:00
**Line Item was used multiple times on the invoice**

| | | | | | $950.00 | $0.00 | $950.00 |

| Total: | | | | | $950.00 | $0.00 | $950.00 |

**Invoice Level Exceptions**
Possible Duplicate Invoice, Line Item was used multiple times on the invoice

**Invoice Level Comment**

Execution Date Time: 08/31/2023 10:26:26 PM                                     Pages: 1/ 3

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 07/17/2023 | ███████ | 07/18/2023 | $250.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Proof of Claim | 630 | FPOC | ███ | 92 | $250.00 |
| Requested Date | Check/ACH# | Payment Date | Amount | | | |
| 07/17/2023 | ███████ | 07/18/2023 | $700.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Proof of Claim | 630 | FPOC | ███ | 92 | $700.00 |

Excecution Date Time: 08/31/2023 10:26:26 PM

Pages: 3/ 3